```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

SUSAN GEPHART, as Personal
Representative of the Estate of
Thomas Cherry,

      Plaintiff,
v.                                  Case No. 8:10-cv-830-T-33TBM

ROBERT C. WASHBURN, HERNANDO
COUNTY SHERIFF'S OFFICE AND ITS
MEMBERS, SERGEANT DONALD SMITH,
PAUL SMITH, and DUSTIN ADKINS,
individually, and in their
official capacity, SPRING HILL
FIRE & RESCUE DISTRICT VOLUNTEER
AND ITS MEMBERS, CAPTAIN JAMES
BILLOTTE, CHRIS BOZEK, STEVE
SMITH, WARREN FLATT, ROBERT
LEONDIKE, and ROBERT DELVECCHIO,
individually, and in their
official capacity,

      Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to Defendants Spring Hill Fire and Rescue, Billotte, Bozek, Smith, Flatt, Leondike and Delvecchio's Supplemental Motion to Dismiss (Doc. # 15), filed on June 4, 2010.  The Motion seek dismissal of Plaintiff's complaint as it pertains to the aforementioned Defendants pursuant to Florida Statute Section 768.28(9)(a),

Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, and other governing law.[1]

Plaintiff failed to file a timely response in opposition to the Motion, and accordingly, the Court considers the Motion as an unopposed motion.

---

[1] Florida Statute Section 768.28(9)(a) states in pertinent part that:

> No officer, employee, or agent of the state or any of its subdivisions shall be held personally liable in tort or named as a party defendant in any action for injury or damages suffered as a result of any act, event, or omission of action in the scope of his or her employment or function, unless such officer, employee, or agent acted in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property. . . . The exclusive remedy for injury or damage suffered as a result of an act, event, or omission of an officer, employee, or agent of the state or any of its subdivisions or constitutional officers shall be by action against the governmental entity, or the head of such entity in her or his official capacity, or the constitutional officer of which the officer, employee, or agent is an employee, unless such act or omission was committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property. The state or its subdivisions shall not be liable in tort for the acts or omissions of an officer, employee, or agent committed while acting outside the course and scope of her or his employment or committed in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property.

Upon due consideration of the Motion, the Court grants the Motions as unopposed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendants Spring Hill Fire and Rescue, Billotte, Bozek, Smith, Flatt, Leondike and Delvecchio's Supplemental Motion to Dismiss (Doc. # 15) is **GRANTED.**

(3) Plaintiff's claims against the following Defendants are **DISMISSED**: Spring Hill Fire and Rescue, James Billotte, Chris Bozek, Steve Smith, Warren H. Flatt, Robert Leondike and Robert Delvecchio.

(4) This action shall remain pending against the remaining Defendants.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of June 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record