UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN GEPHART, as Personal Representative of the Estate of Thomas Cherry,

    Plaintiff,

v.                                          Case No. 8:10-cv-830-T-33TBM

ROBERT C. WASHBURN, HERNANDO COUNTY SHERIFF'S OFFICE AND ITS MEMBERS, SERGEANT DONALD SMITH, PAUL SMITH, and DUSTIN ADKINS, individually, and in their official capacity, SPRING HILL FIRE & RESCUE DISTRICT VOLUNTEER AND ITS MEMBERS, CAPTAIN JAMES BILLOTTE, CHRIS BOZEK, STEVE SMITH, WARREN FLATT, ROBERT LEONDIKE, and ROBERT DELVECCHIO, individually, and in their official capacity,

    Defendants.
_____/

**<u>ORDER</u>**

This matter is before the Court pursuant to Defendant Sergeant Donald Smith's Motion to Dismiss Plaintiff's Complaint for Failure to Serve (Doc. # 20), filed on July 15, 2010. The Motion seeks dismissal of Plaintiff's complaint without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, as Plaintiff failed to effect service of process on Sergeant Smith and the time to do so under the Federal Rules of Civil Procedure has elapsed.

Plaintiff failed to file a timely response in opposition to the Motion, and accordingly, the Court considers the Motion as an unopposed motion.

Upon due consideration of the Motion and the record before the Court, the Court grants the Motion as unopposed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant Sergeant Donald Smith's Motion to Dismiss Plaintiff's Complaint for Failure to Serve (Doc. # 20) is **GRANTED**.

(2) Plaintiff's claims against Defendant Sergeant Donald Smith are **DISMISSED WITHOUT PREJUDICE.**

(3) This action shall remain pending against the remaining Defendant, Robert C. Washburn, only.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of August 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record