```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

SUSAN GEPHART, as Personal Representative of the Estate of Thomas Cherry,

    Plaintiff,

v.   Case No. 8:10-cv-830-T-33TBM

ROBERT C. WASHBURN, HERNANDO COUNTY SHERIFF'S OFFICE AND ITS MEMBERS, SERGEANT DONALD SMITH, PAUL SMITH, and DUSTIN ADKINS, individually, and in their official capacity, SPRING HILL FIRE & RESCUE DISTRICT VOLUNTEER AND ITS MEMBERS, CAPTAIN JAMES BILLOTTE, CHRIS BOZEK, STEVE SMITH, WARREN FLATT, ROBERT LEONDIKE, and ROBERT DELVECCHIO, individually, and in their official capacity,

    Defendants.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Robert C. Washburn's Motion for Summary Judgment (Doc. # 22) and supporting affidavit (Doc. # 23), both filed on August 12, 2010.

Plaintiff was given an opportunity to file a response in opposition to Defendant's dispositive motion, but failed to do so. Accordingly, the Court considers the Motion as an unopposed motion, and after being fully advised in the premises, grants the Motion.

Upon due consideration of the Motion and the record before the Court, and for the reasons stated in the Motion, the Court grants the Motion as unopposed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant Robert C. Washburn's Motion for Summary Judgment (Doc. # 22) is **GRANTED**.

(2) The Clerk is directed to enter Judgment in Defendant Robert C. Washburn's favor and, thereafter, to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of September 2010.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record